# Court of Appeals
# of the State of Georgia

ATLANTA, June 10, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0131. DEANDRE ARNOLD v. CHE ALEXANDER, CLERK.**

Upon consideration of Petitioner Deandre Arnold's "Verified Emergency Petition for Writ of Mandamus to Compel Che Alexander to Present Complaints Accompanied with a Paupers Motion to a Fulton County Superior Court Judge for Merit Review" as amended, the same is hereby DENIED. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV; Art. VI, Sec. V, Par. III; Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 06/10/2025*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*